```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
ANDREW CARGULIA, II
GOTHAM SURGICAL PRODUCTS CORP.
                                              ORDER OF DISMISSAL FOR
       -v-                                      LACK OF ACTIVITY

                                              CV 13- 712 (JS)(ARL)

JOSEPH AMADEO, ET AL.
-----------------------------------------X
```

APPEARANCES:

For Plaintiff(s):
Gaetano Lanciano, Esq.
2 North Highway 31
Pennington   NJ 08534

FOR DEFENDANT(S):
Scott Fisher, Esq.
Jaspan Schlesinger
300 Garden City Plaza
Garden City   NY 11530

Howard Greenberg, Esq.
180 E. Main St.      #308
Smithtown   NY 11787


SEYBERT, DISTRICT JUDGE:

   The above-captioned case was opened with the filing of the complaint on Feb. 26, 2008 in the District of New Jersey. It was transferred to this district on Feb. 13, 2013.

Upon transfer, Magistrate Judge E. Thomas Boyle held a conference on Jul. 8, 2013 (docket entry [34]). As nobody appeared for the plaintiffs, Judge Boyle directed counsel to show cause by Jul. 15, 2013, why the case should not be dismissed pursuant to Rule 41(b). No response having been filed, Magistrate Judge Arlene Rosario Lindsay issued a similar order on Jul. 18, 2013 (docket entry [35]), after she was assigned to the case.

   There has been no response, nor any further docket activity.

IT IS HEREBY ORDERED that the case be DISMISSED with prejudice for lack of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to mark the case closed.

SO ORDERED.

/s/ JOANNA SEYBERT
_____
JOANNA SEYBERT, U.S.D.J.

Dated:   Central Islip, New York
         April 3, 2014